[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 18-13515
Non-Argument Calendar
_____

D.C. Docket No. 2:18-cr-00042-SPC-CM-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

LUIS ROBERT MARTINEZ,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(April 22, 2019)

Before NEWSOM, BRANCH and JULIE CARNES, Circuit Judges.

PER CURIAM:

The Government's motion to dismiss this appeal pursuant to the appeal

waiver in Appellant's plea agreement is GRANTED.  *See United States v. Bushert*,

997 F.2d 1343, 1350-51 (11th Cir. 1993) (sentence-appeal waiver will be enforced

if it was made knowingly and voluntarily); *United States v. DiFalco*, 837 F.3d 1207, 1213, 1220-21 (11th Cir. 2016) (holding the district court's explanation sufficient where it explained the appeal rights the defendant would ordinarily have, the appeal rights being waived, and the exceptions to the waiver during the plea colloquy).